HECTOR M. HITCHINGS et al., Appellants, *v.* THE NEW YORK, BROOKLYN and MANHATTAN, BEACH RAILWAY COMPANY et al., Respondents.

*Hitchings* v. *N. Y., Brooklyn & Manh. Beach Ry. Co.*, 165 App. Div. 932, affirmed.

(Argued January 15, 1918; decided February 5, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 24, 1914, affirming a judgment in favor of defendants entered upon a verdict directed by the court in an action to eject defendants from a strip of property in the borough of Brooklyn, city of New York, which was conveyed to the defendants' predecessor by the plaintiffs' ancestor, for the alleged reason that the property is no longer used by the defendants for the running of trains thereon and has, therefore, reverted under the terms of the deed.

*Hector M. Hitchings* for appellants.

*Louis J. Carruthers* and *Joseph F. Keany* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, McLAUGHLIN and CRANE, JJ.